UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-60106

LUIS SIERRA,

    Plaintiff,

vs.

ALPHA ALSHAIN CORPORATION
d/b/a CARIBBEAN GRILL,

    Defendant.
_____/

## VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, LUIS SIERRA, by and through his undersigned counsel, hereby voluntarily dismisses the above referenced Defendant, ALPHA ALSHAIN CORPORATION d/b/a CARIBBEAN GRILL, with prejudice, with the Court to retain jurisdiction for enforcement purposes, as the parties have amicably resolved this matter.

    Submitted on this 3rd day of March, 2017.

                                              /s/ Jessica L. Kerr
                                              Jessica L. Kerr, Esquire
                                              Florida Bar No. 92810
                                              Jaci R. Mattocks, Esquire
                                              Florida Bar No. 115765
                                              **THE ADVOCACY GROUP**
                                              333 Las Olas Way, CU3, Suite 311
                                              Fort Lauderdale, Florida 33301
                                              Telephone: (954) 282-1858
                                              Facsimile: (844)786-3694
                                              Email: service@advocacypa.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                        Respectfully submitted,

                                                        _/s/ *Jessica L. Kerr*_
                                                        Jessica L. Kerr, Esq.
                                                        Florida Bar No. 92810