UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60106-CIV-DIMITROULEAS

LUIS SIERRA,

    Plaintiff,

vs.

ALPHA ALSHAIN CORPORATION,
d/b/a CARIBBEAN GRILL,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Voluntary Dismissal With Prejudice [DE 10] (the "Notice"), filed herein on March 3, 2017. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 10] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of March, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies to:
Counsel of Record

2